FILED

09/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0304

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 21-0304**

**DONNES, INC.**, a Montana Corporation,

Appellant/Plaintiff,

**FOUR BEERS, INC.**, a Montana Corporation,
d/b/a **STILLWATER EXCAVATING**,

Appellee/Defendant.

On Appeal from the Montana Twenty-Second Judicial District Court
Stillwater County, Cause No. 17-61, Hon. Matthew J. Wald

**GRANT OF EXTENSION**

Upon consideration of Four Beers, Inc. d/b/a Stillwater Excavating's

Unopposed Motion for Extension of Time to File its Answer Brief in Response to

Appellant's Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to

and including November 1, 2021, within which to prepare, file and serve its

Answer Brief in Response to Appellant's Opening Brief on appeal.

Electronically dated and signed below.

4810-4655-8203, v. 1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 23 2021